IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDY L. HAYNES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3271 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES and CORPORAL PAXTON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 6, the plaintiff's Motion to Dismiss, and filing no. 9, the plaintiff's Motion to Withdraw filing no. 6.  Filing no. 9 is granted, and, therefore, filing no. 6, the plaintiff's Motion to Dismiss, is denied as withdrawn.

    SO ORDERED.

    DATED this 3rd day of April, 2006.

                                            BY THE COURT:

                                            s/Joseph F. Bataillon
                                            JOSEPH F. BATAILLON
                                            Chief District Judge